UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

  v.                                          Case No. 17-CR-121 (LA)

MALIK CRITTON,

        Defendants.

## UNOPPOSED MOTION TO ADJOURN SENTENCING FOR MALIK CRITTON

The United States of America, by and through its attorneys, Matthew D. Krueger, United States Attorney, and Christopher J. Ladwig, Assistant United States Attorney, hereby move to adjourn the April 11, 2019 sentencing hearing for Malik Critton to a date in late July 2019. Defendant, by his attorney, does not oppose this motion. Counsel is requesting the adjournment of the sentencing hearing for additional time to evaluate the sentencing factors.

Executed on March 27, 2019, at Milwaukee, Wisconsin.

                                            MATTHEW D. KRUEGER
                                            United States Attorney

                    By:    *s/ Christopher J. Ladwig*
                                            CHRISTOPHER J. LADWIG
                                            Assistant United States Attorney
                                            Christopher J. Ladwig
                                            Office of the United States Attorney
                                            Eastern District of Wisconsin
                                            517 East Wisconsin Avenue, Room 530
                                            Milwaukee, Wisconsin 53202